No. 64901.—New York Merchandise Co., Inc., v. United States, protest 59/12858 (Los Angeles).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of magnifying glasses the same in all material respects as those the subject of *Sussfeld, Lorsch & Co. v. United States* (30 Treas. Dec. 265, T.D. 36174), the claim of the plaintiff was sustained.